IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DERRICK SAMPSON, Defendant. | Case No. 3:19-CR-30116-NJR |

## ORDER REDUCING SENTENCE

**ROSENSTENGEL, Chief Judge:**

Now before the Court is Defendant Derrick Sampson's Motion for Reduced Sentence Pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 122). Sampson seeks a reduction in sentence from 70 months' imprisonment to 57 months' imprisonment pursuant to 18 U.S.C. § 3582(c)(2) and Part B of Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G."). (*Id.*). The Government does not oppose the motion. (Doc. 123).

Under Part B of Amendment 821, offenders with zero criminal history points and whose offense did not involve specified aggregating factors shall receive a two-level decrease in their offense level. U.S.S.G. § 4C1.1. Part B of Amendment 821 applies retroactively, though a court may not order the release of a defendant to occur before February 1, 2024. *See* § 1B1.10(e)(2) (Nov. 1, 2023).

At the time of sentencing, Sampson was assessed a total offense level of 27 and a criminal history category of I, resulting in an advisory guideline range of 70 to 87 months. (Docs. 116, 119). The Court sentenced Sampson to a low-end sentence of 70 months'

imprisonment. (Doc. 118). Because Sampson had zero criminal history points, however, he is now eligible for an offense level reduction from 27 to 25 under Part B of Amendment 821. This results in a lower advisory guideline range of 57 to 71 months. The parties thus assert that a sentence reduction to a low-end sentence of 57 months is appropriate.

This Court agrees. Upon consideration of Sampson's motion (Doc. 122), the Government's response (Doc. 123), the policy statement set forth at U.S.S.G. § 1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court **GRANTS** Defendant Derrick Sampson's motion and **ORDERS** that his sentence be reduced to a term of **57 months**. All other terms of the judgment in this case shall remain unchanged. This Order shall take effect on **February 1, 2024.**

**IT IS SO ORDERED.**

DATED:  January 11, 2024

*Nancy J. Rosenstengel*

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**